NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: CLOUDING CORP.,**
*Appellant*

---

2015-1615

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00519.

---

**JUDGMENT**

---

TAREK N. FAHMI, Ascenda Law Group, PC, San Jose, CA, argued for appellant.

FRANCES LYNCH, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by THOMAS W. KRAUSE, MICHAEL SUMNER FORMAN, MONICA BARNES LATEEF, SCOTT WEIDENFELLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 15, 2016             /s/ Daniel E. O'Toole
       Date                   Daniel E. O'Toole
                              Clerk of Court